JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSEVILLE FULLERTON BURTON HOLDINGS, LLC DBA DISCOUNTED WHEEL WAREHOUSE, a California Liability Company,<br><br>       Plaintiff,<br><br>    vs.<br><br>SOCAL WHEELS, INC., *ET AL.*<br><br>       Defendants. | Case No. 8:14-cv-01954-JLS-JCG<br><br>**JUDGMENT** |
| AND RELATED COUNTERCLAIMS | |

Pursuant to the Court's Orders:

on October 29, 2015, dismissing Plaintiff Roseville Fullerton Burton Holdings, LLC's ("Roseville") claims against Defendant Wheel Warehouse, Inc. [Doc. 85];

on March 3, 2016, dismissing Plaintiff Roseville's claims against Defendant Icon Internet Media, Inc. [Doc. 118];

1   on May 20, 2016, dismissing certain of Plaintiff Roseville's claims against Defendants SoCal Wheels, Inc., Christophe Granger, and Michael Yablonka [Doc. 141];

on September 21, 2016, dismissing all of Plaintiff Roseville's remaining claims against Defendants SoCal Wheels, Inc., Christophe Granger, Michael Yablonka, Donny Mak, and Jason Siu. [Doc. 195];

on September 23, 2016, dismissing Plaintiff Roseville's claims against Defendant Robert Cullen [Doc. 198]; and

on October 11, 2016, dismissing all of SoCal Wheels' counterclaims against Plaintiff Roseville [Doc. 200],

all claims against all parties in this case have now been adjudicated.

Judgment is therefore entered dismissing all claims in this action. All parties shall bear their own attorneys' fees and costs.

Dated: November 28, 2016_____

_____
**Josephine L. Staton**
**United States District Judge**